# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

RAYMOND MELANCON

VERSUS

LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND
CORRECTIONS

NO.  2025 CW 0829

**NOVEMBER 17, 2025**

---

In Re:    Raymond Melancon, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge, No.
          752159.

---

**BEFORE:    MILLER, EDWARDS, AND FIELDS, JJ.**

    **WRIT NOT CONSIDERED.**  This writ application failed to comply
with Rule 4-5(C)(8) of the Uniform Rules of Louisiana Courts of
Appeal, as it failed to include a copy of the pauper motion at
issue.

    Supplementation of this writ application and/or an
application for rehearing will not be considered. Uniform Rules of
Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

    In the event relator seeks to file a new application with
this court, it must contain all pertinent documentation, including
the missing items noted herein, and must comply with Uniform Rules
of Louisiana Courts of Appeal, Rule 2-12.2.  Any new application
must be filed on or before December 17, 2025, and must contain a
copy of this ruling.

**BDE**
**WEF**

    **Miller, J.,** dissents and would grant the writ and order the
district court to act on relator's pauper motion, if it has not
already done so.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT